# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| MALCOLM G. HOWE and ELITE INTERNATIONAL TRADERS, INC., | : |
| Defendants. | : |

## COMPLAINT

COMES NOW, the United States of America ("United States"), by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney, and alleges the following:

### Nature of the Case

1. This action is brought under the False Claims Act, 31 U.S.C. § 3729, et seq.

### The Parties

2. Plaintiff is the United States.

3. Defendant Malcolm G. Howe ("Howe"), at all relevant times, was the operator of Elite International Traders, Inc. ("Elite International"). At all relevant times Howe was acting in his personal capacity and in his capacity as the operator of Elite International, and for his and its benefit.

4. Defendant Elite International is a Delaware corporation that, at all relevant times, was engaged in the business of supplying the United States military with goods and equipment, primarily computers and computer accessories.

## Jurisdiction and Venue

5.     This action arises under 28 U.S.C. § 1345 and 31 U.S.C. §§ 3729 & 3730(a), and this Court has jurisdiction pursuant to each named statute.

6.     Venue is proper in the District of Delaware pursuant to 31 U.S.C. § 3732(a) because this is a judicial district where the Defendants may be found, reside, or transact business.

## False Claim Act Allegations

7.     In the typical instance, Elite International would obtain a contract from the United States Air Force to supply it with equipment. Elite International would then obtain the equipment from a manufacturer or supplier and deliver the equipment itself, or have it delivered, to Dover Air Force Base ("DAFB") for reshipment to an Air Force location in Saudi Arabia or Kuwait. Elite International would then provide proof to the Defense Finance and Accounting Service ("DFAS"), a federal agency, that it had delivered the equipment to DAFB, and DFAS would then pay Elite International what was owed under the contract.

8.     On or about September 27, 2000, Elite International obtained a contract (the "Contract") to supply the Air Force with 20 KIV-7 Embeddable Comsec Modules and associated peripheral equipment (the "KIV-7's"). KIV-7's are computer encryption devices. The terms of the Contract called for the KIV-7's to be sent to the United States Air Force at Ali al Salem Air Base ("AASAB") in Kuwait through the DAFB. Pursuant to the Contract, payment in the amount of $152,850 was to be made to Elite International by DFAS upon Defendants providing DFAS with an invoice and proof that the KIV-7's had been delivered to DAFB.

9.     Between on or about January 12, 2001, and January 26, 2001, Howe sent or

caused to be sent an Elite International invoice (the "Invoice") dated January 12, 2001, to DFAS stating that DFAS owed Elite International $152,850 for the KIV-7's.

10. Between on or about January 12, 2001, and January 26, 2001, Howe sent or caused to be sent an altered Straight Bill of Lading dated January 10, 2001 to DFAS representing that the KIV-7's had been delivered to DAFB.

11. Howe knew that the Invoice and the Straight Bill of Lading were false because Defendants had not caused any KIV-7's to be delivered to DAFB, and because Elite International was not entitled to a payment of $152,850 under the Contract.

12. Howe sent the Invoice and the Straight Bill of Lading with the fraudulent intent to cause DFAS to pay Elite International $152,850.

13. The Defendants never fulfilled the terms of the Contract. No KIV-7's were ever purchased by Elite International, nor did the Defendants deliver or cause to be delivered any KIV-7's to DFAB for reshipment to AASAB.

14. On September 14, 2006, Howe was found guilty by a jury in the United States District Court, District of Delaware, of two counts of wire fraud in violation of 18 U.S.C. §§ 1343 & 2 for submitting to DFAS the false and fraudulent Invoice and Bill of Lading.

### COUNT I: FALSE CLAIMS ACT
**(against Malcom G. Howe)**

15. The foregoing paragraphs are incorporated herein by reference and realleged as if fully set forth.

16. The activities of Howe violated the False Claims Act, in that:

      a.    he knowingly presented or caused to be presented to the DFAS false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1); and

      b.    he knowingly made, used or caused to be made or used, false records or statements to get false or fraudulent claims paid or approved, in violation of 31 U.S.C. § 3729(a)(2).

17. The claims, records and statements were false and fraudulent because Defendants had not caused any KIV-7's to be delivered to DAFB, and because Elite International was not entitled to a payment of $152,850 under the Contract.

18. At all relevant times, Howe acted with the fraudulent intent to cause DFAS to pay Elite International $152,850.

19. The United States was damaged as a result.

WHEREFORE, the United States demands judgment in its favor and against Howe, and relief as follows:

      a.    three times the total amount of damages sustained by the United States because of the acts complained of in this court;

      b.    a civil penalty of not less than $5,000 and not more than $10,000 for each false claim made by Howe;

      c.    costs of this action; and

      d.    such other and further relief as the Court shall deem proper.

## COUNT II: FALSE CLAIMS ACT
### (respondeat superior liability against Elite International Traders, Inc.)

20. The foregoing paragraphs are incorporated herein by reference and realleged as if fully set forth.

21. At all relevant times, Howe was acting in his personal capacity and in his capacity as the operator of Elite International.

22. At all relevant times, Howe was acting for his benefit and for the benefit of Elite International.

23. Accordingly, Elite International is liable under the False Claims Act for the acts of its operator, Howe, under the doctrine of respondeat superior.

WHEREFORE, the United States demands judgment in its favor and against Elite International, and relief as follows:

    a. three times the total amount of damages sustained by the United States because of the acts complained of in this court;

    b. a civil penalty of not less than $5,000 and not more than $10,000 for each false claim made by Elite International;

    c. costs of this action; and

    d. such other and further relief as the Court shall deem proper.

DATED: September 25, 2006.

                                                  Respectfully submitted,

By: _/s/ Colm F. Connolly_
Colm F. Connolly
United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19801
(302) 573-6277

By: _/s/ Seth M. Beausang_
Seth M. Beausang (De. I.D. No. 4071)
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19801
(302) 573-6277
seth.beausang@usdoj.gov

☙JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
MALCOLM HOWE and ELITE INTERNATIONAL TRADERS, INC.

County of Residence of First Listed Defendant  Kent
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☒ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
False Claims Act - 31 U.S.C. Section 3729, et seq.
Brief description of cause:
Knowingly presenting, or causing to be presented, false or fraudulent claims for payment or approval

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE  Gregory M. Sleet
DOCKET NUMBER  1-04-cr-85-GMS

DATE  9/27/06
SIGNATURE OF ATTORNEY OF RECORD  [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __0 6 - 6 0 2__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

SEP 2 7 2006                        *[signature]*
_____        _____
(Date forms issued)              (Signature of Party or their Representative)

                                *Chris Warnick*
                         _____
                         (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action