IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-602 |
| | : | |
| MALCOLM G. HOWE and ELITE | : | |
| INTERNATIONAL TRADERS, INC., | : | |
| | : | |
| Defendants. | : | |

NOTICE OF SUBSTITUTION OF
COUNSEL AND ENTRY OF APPEARANCE

Notice is hereby given of the appearance of Seth M. Beausang, Assistant United States Attorney for the District of Delaware, as the attorney for Plaintiff in place of Colm F. Connolly, United States Attorney, in the above-captioned case.

                                                COLM F. CONNOLLY
                                                United States Attorney

                                        By:   /s/ Seth M. Beausang
                                                Seth M. Beausang (De. I.D. No. 4071)
                                                Assistant United States Attorney
                                                The Nemours Building
                                                1007 Orange Street, Suite 700
                                                P. O. Box 2046
                                                Wilmington, DE 19899-2046
                                                (302) 573-6277

Dated:   September 28, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on **September 28, 2006**, I electronically filed a **NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE** with the Clerk of Court. Notification of such filing will be sent by U.S. mail to the following counsel for Defendants:

Kathleen Jennings-Hostetter
Oberly Jennings & Rhodunda, P.A.
800 Delaware Ave, Suite 901
P.O. Box 2054
Wilmington, DE 19899

                    COLM F. CONNOLLY
                    United States Attorney

            By:  /s/ Seth M. Beausang
                 Seth M. Beausang (De. I.D. No. 4071)
                 Assistant United States Attorney
                 The Nemours Building
                 1007 Orange Street, Suite 700
                 P. O. Box 2046
                 Wilmington, DE 19899-2046
                 (302) 572-6277
                 seth.beausang@usdoj.gov