☐AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

## SUMMONS IN A CIVIL CASE

V.

MALCOLM G. HOWE and ELITE
INTERNATIONAL TRADERS, INC.

CASE NUMBER: 06-

0 6 - 6 0 2

TO: (Name and address of Defendant)

Elite International Traders, Inc.
c/o Kathleen Jennings-Hostetter, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901, P.O. Box 2054, Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth M. Beausang, AUSA
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046

an answer to the complaint which is served on you with this summons, within _____ 20 days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk
of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    SEP 2 7 2006

CLERK                                              DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 9/28/06 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| BARRY EVELAND | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐   Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

☒   Other (specify):   SERVED: ELITE INTERNATIONAL TRADERS, INC.  C/O KATHLEEN JENNINGS-HOSTETTER, ESQ. AT 1220 N. MARKET ST. WILMINGTON, DE  COPIES THEREOF WERE ACCEPTED BY LISA DRURY

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/28/06 _____    _____
          Date              *Signature of Server*

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 ofthe Federal Rules of Civil Procedure.