IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | C.A. No. 06-602 (GMS) |
| MALCOLM G. HOWE and ELITE INTERNATIONAL TRADERS, INC., | |
| Defendants. | |

**STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, on September 27, 2006, the United States of America filed a complaint against Malcolm G. Howe ("Howe") and Elite International Traders, Inc. ("Elite") alleging that Howe and Elite are liable under the False Claims Act for actions related to the two counts of wire fraud for which Howe was convicted on September 14, 2006;

WHEREAS, because Howe and Elite were served with the complaint on September 28, 2006, their responses to the complaint are currently due on October 18, 2006;

WHEREAS, Howe is currently scheduled to be sentenced on December 12, 2006;

WHEREAS, Howe's Fifth Amendment privilege against self-incrimination extends until the judgment of conviction becomes final. *Mitchell v. United States*, 526 U.S. 314, 326 (1999);

WHEREAS, the parties have agreed to extend the time for Howe and Elite to respond to the complaint until 30 days after the judgment of conviction against Howe is entered;

WHEREAS, Howe and Elite reserve the right to seek a further extension of time to respond to the complaint;

IT IS HEREBY STIPULATED by and between the parties through the undersigned counsel that the time for Howe and Elite to respond to the complaint is extended until 30 days after the judgment of conviction against Howe is entered.

| | |
|---|---|
| /s/ Seth M. Beausang | /s/ Kathleen M. Jennings |
| Seth M. Beausang (I.D. No. 4071) | Kathleen M. Jennings (I.D. No. 913) |
| Assistant United States Attorney | William J. Rhodunda, Jr. (I.D. No. 2774) |
| The Nemours Building | Oberly, Jennings & Rhodunda, P.A. |
| 1007 Orange Street, Suite 700 | 1220 Market Street, Suite 710 |
| Wilmington, DE 19801 | P.O. Box 2054 |
| (302) 573-6277 | Wilmington, DE 19899 |
| | (302) 576-2000 |
| Attorney for United States of America | |
| | Attorneys for Malcolm G. Howe and Elite International Traders, Inc. |

It is **SO ORDERED** this _____ day of October, 2006.

The Honorable Gregory M. Sleet

**CERTIFICATE OF SERVICE**

      I, Kathleen M. Jennings, hereby certify that on this 17th of October, 2006 a copy of the foregoing Stipulated Order Extending Time to Respond to Complaint was served via electronic notice on the following:

Seth M. Beausang, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware  19899-2046

                                                                                /s/ Kathleen M. Jennings
                                                                   **KATHLEEN M. JENNINGS (No. 913)**